**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7542**

FALANIKO UTI,

                    Petitioner - Appellant,

          v.

TRACY JOHNS; FEDERAL BUREAU OF PRISONS,

                    Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Malcolm J. Howard, Senior District Judge.  (5:08-hc-02017-H)

Submitted:  January 14, 2010        Decided:  January 21, 2010

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Falaniko Uti, Appellant Pro Se. Christina Ann Thompson, BUREAU OF PRISONS, Butner, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Falaniko Uti, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Uti v. Johns, No. 5:08-hc-02017-H (E.D.N.C. July 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED